**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH DePAOLA, BRIAN GISSELER, | ) | |
| JASON BADZIAK, DARION WALKER, and | ) | |
| KYLE McLEAN, | ) | |
| | ) | No. 07 C 1840 |
| Plaintiffs, | ) | |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| C I HOST, INC., a Texas corporation, | ) | |
| PROPNET CORPORATION, a Texas corporation, | ) | |
| PROPAGATION NETWORKS, INC., a Texas | ) | |
| Corporation, and CHRISTOPHER FAULKNER, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

Now come the Plaintiffs, Joseph DePaola, Brian Gisseler, Jason Badziak, Darion Walker, and Kyle McLean, by and through their attorneys, the Law Offices of Eugene K. Hollander, and the Defendants, CI Host, Inc., Propnet Corporation, Propagation Networks, and Christopher Faulkner, by and through their attorney, James M. Eckels, and for their Joint Motion For Entry of Judgment, state as follows:

1.      This is a wage and hour case wherein the Plaintiffs claim that Defendants violated the Fair Labor Standards Act, the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collection Act by failing to pay them their earned overtime and straight time wages.  The Plaintiffs have also alleged claims of retaliation under the Fair Labor Standards Act.

2.      The parties have reached an agreement and request that this Honorable Court enter a judgment in the amount of $90,000 in favor of the Plaintiffs and against the Defendants, the Defendants to be jointly and severally liable for the judgment amount.

3.      A proposed Agreed Judgment Order is attached hereto as <u>Exhibit 1</u>.

**WHEREFORE**, the parties respectfully request that this Court enter the Agreed

Judgment Order attached hereto as <u>Exhibit 1</u>.

Respectfully submitted,

Plaintiffs,                                    Defendants,


By:     <u>s/ Paul W. Ryan</u>                    <u>s/ James M. Eckels</u>
        One of their attorneys                 One of their attorneys

        Eugene K. Hollander                    James M. Eckels
        Paul W. Ryan                           C I Host, Inc., et al.
        The Law Offices of Eugene K. Hollander 7505 John Carpenter Fwy.
        33 N. Dearborn, Suite 2300             Dallas, TX 75247
        Chicago, IL 60602                      (817) 803-3337
        (312) 425-9100

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH DePAOLA, BRIAN GISSELER, | ) | |
| JASON BADZIAK, DARION WALKER, and | ) | |
| KYLE McLEAN, | ) | |
| | ) | No. 07 C 1840 |
| Plaintiffs, | ) | |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| C I HOST, INC., a Texas corporation, | ) | |
| PROPNET CORPORATION, a Texas corporation, | ) | |
| PROPAGATION NETWORKS, INC., a Texas | ) | |
| Corporation, and CHRISTOPHER FAULKNER, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED JUDGMENT ORDER

The parties having reached an agreement, it is hereby ordered that judgment in the amount of $90,000 is entered in favor of the Plaintiffs against the Defendants, C I Host, Inc., a Texas corporation, Propnet Corporation, a Texas corporation, Propagation Networks, Inc., a Texas Corporation, and Christopher Faulkner.  These Defendants are jointly and severally liable for the $90,000 judgment.  This Agreed Judgment Order supersedes any prior agreements between Plaintiffs and Defendants relating to the resolution of the above-captioned matter.

ENTERED:


_____
JUDGE